# SOLOMON ROSENGARTEN
**Attorney-at-Law**
**2329 Nostrand Avenue - Suite 100**
**Brooklyn, New York 11210**
**(718) 627-4460**
VOKMA@AOL.COM

Admitted to Practice:
New York
**New** Jersey

February 3, 2026

Hon. Sean Lane
United States Bankruptcy Court
One Bowling Green
New York, New York 10004
VIA ECF

        Re: Creative Kids v. Viahart
           Case No. 25-07038

Dear Judge Lane:

I am the attorney for the Debtor in the above-entitled matter. This will confirm that the pre-trial conference motion in the above-entitled matter, which was scheduled on February 3, 2026 is adjourned to February 12, 2026, at 10:00 AM.

Respectfully Yours

s/ *Solomon Rosengarten*

Solomon Rosengarten

cc: All Parties via ECF