**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>CREATIVE KIDS ENTERPRISES LLC<br><br>                Debtor. | Case No. 25-23105-shl |
| CREATIVE KIDS ENTERPRISES LLC,<br><br>                Plaintiff,<br>         -against-<br>VIAHART LLC<br><br>                Defendant. | Adv. Pro No. 25-07038-shl<br><br>**AMENDED COMPLAINT** |

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

2. This is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 157(b)(2)(A), (E), (H), (K) and (0).

3. The venue is proper in this core proceeding pursuant to 28 U.S.C. § 1409.

4. This matter is brought pursuant to the 11 U.S.C. §§ 506, 542, 544, 550 and Bankruptcy Rule 7001, *et seq.*

**PARTIES**

5. Plaintiff a New York Limited Liability Company.

6. Upon information and belief, defendant Viahart LLC ("Viahart") is a Texas Limited Liability Company.

**FIRST CAUSE OF ACTION**

7. On November 25, 2020, Viahart commenced an action in the United States district

1

Court, Southern District of New York, against CREATIVE KIDS ONLINE, LLC, CREATIVE KIDS FAR EAST, INC., CREATIVE KIDS ENTERPRISES, LLC, CK ONLINE, LLC and PLAYLEARN USA, INC (the "Southern District Action").[1]

8. In that action, Viahart alleged, inter alia, that the Debtor/Plaintiff had infringed on its trademark and sought, inter alia, an unspecified amount of damages.

9. On or about October 3, 2025, counsel for the parties in the "Southern District Action" agreed to settlement terms in a telephone conversation.

10. On October 6, 2025, the settlement terms which had been agreed to orally were reduced to writing in the form of e-mails between said counsel.

11. The terms of the agreement (the "Agreement") were that the parties will file a stipulated motion for entry of judgment regarding all of Viahart's claims, including its infringement of Viahart's trademark through the use of the terms "FLAKES" in connection with interlocking disc toy products (the "toys"), that Viahart will not make any claim against any purchaser of products originating from any of the defendants in the Southern District Action, that all counterclaims against Viahart will be dismissed and that no money was to be paid to plaintiff in the Southern District Court Action.

12. Viahart's attorney agreed to prepare the motion.

13. The Agreement included all of the material terms of the agreement.

14. Other than the Agreement, there were no further material terms to negotiate.

15. Viahart subsequently reneged on the agreement and refused to acknowledge same.

16. Plaintiff therefore requests that the Court issue a declaratory judgment that the action in the U.S. District Court is settled on the aforesaid terms.

---

[1] The action against PLAYLEARN was dismissed.

## SECOND CAUSE OF ACTION

17. Plaintiff repeats the allegations set forth in paragraphs 1 through 13 of the Amended Complaint as if fully set forth herein.

18. By reneging on the aforesaid Agreement, Viahart breached the Agreement.

19. Defendant should therefore be required to specifically perform the Agreement.

WHEREFORE plaintiff demands that:

(a) the Court issue a declaratory judgment that the action the U.S. District Court entitled Viahart LLC v. CREATIVE KIDS ONLINE, LLC, CREATIVE KIDS FAR EAST, INC., CREATIVE KIDS ENTERPRISES, LLC, CK ONLINE, LLC is settled in accordance with the Agreement; and
(b) the Court direct defendant to specifically perform the Agreement reached between the parties; and
(c) award plaintiff damages as determined by the Court

Dated: February 17, 2026

                */s/ Solomon Rosengarten*
                Solomon Rosengarten, Esq.
                2329 Nostrand Avenue-Suite 100
                Brooklyn, New York 11210
                (718) 627-4460
                vokma@aol.com
                *Attorney for the Debtor/Plaintiff*