**SOLOMON ROSENGARTEN**
Attorney-at-Law
2329 Nostrand Avenue - Suite 100
Brooklyn, New York 11210
(718) 627-4460
VOKMA@AOL.COM

Admitted to Practice:
New York
**New** Jersey

February 17, 2026

Hon. Sean Lane
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004
VIA ECF

      Re: Creative Kids v. Viahart LLC
      Case No. 25-07038

Dear Judge Lane:

I am the attorney for the Debtor in the above-entitled matter.

This letter revises the briefing schedule filed a few minutes ago. Defendant's counsel brought to my attention that the schedule I filed includes weekends,

The revised schedule follows:

If defendant wishes to move to dismiss, it will file its motion no later than March 3, 2026. Opposition papers will be due on March 24, 2026. Reply papers need to be filed by April 3, 2026.

The Court will schedule oral argument after briefing has been completed.

In the event defendant files an Answer, the parties will contact the Court to schedule a conference.

Respectfully Yours

s/ *Solomon Rosengarten*

Solomon Rosengarten

cc: All Parties via ECF