**GREENBERG TRAURIG, LLP**
Philip J. George, Esq.
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2285
Email: philip.george@gtlaw.com

*Counsel for Viahart LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CREATIVE KIDS ENTERPRISES LLC, | Chapter 11 |
| Plaintiff, | adv. Pro No. 25-07038-shl |
| -against- | |
| VIAHART LLC, | |
| Defendant | |

### NOTICE OF VIRTUAL HEARING ON VIAHART LLC'S
### MOTION TO DISMISS ADVERSARY AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, on March 3, 2026, Defendant Viahart LLC ("Viahart"), by and through its undersigned counsel, filed a motion (the "Motion") for an order dismissing the Adversary Amended Complaint filed by Plaintiff Creative Kids Enterprises LLC, pursuant to Federal Rules of Civil Procedure 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, the Motion will be heard before the Honorable Shireen A. Brady, Judge for the United States Bankruptcy Court, Southern District of New York, on April 7, 2026 at 10:00 a.m. (the "Hearing"), or as soon thereafter as counsel may

be heard. In accordance with Chambers' Rules, the parties have consented to, and notified the Court of, their agreement to have this hearing conducted virtually via video conference.

**PLEASE TAKE FURTHER NOTICE** that if no Response is timely served with respect to the Motion, Viahart may, on or after the Response Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: March 13, 2026

Respectfully Submitted,

By: */s/ Philip J. George*
Philip J. George, Esq.
GREENBERG TRAURIG, LLP
Philip J. George, Esq.
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2285
Email: philip.george@gtlaw.com

*Counsel for Viahart LLC*