**SOLOMON ROSENGARTEN**

Attorney-at-Law

2329 Nostrand Avenue-Suite 100

Brooklyn, New York 11210

**(718) 627-4460**

VOKMA@AOL.COM

Admitted **to Practice:**
**New York**
**New** Jersey

March 25, 2026

Hon. Shireen A. Barday
United States Bankruptcy Judge
1 Bowling Green
New York, New York 10004

VIA ECF

   Re: Creative Enterprises LLC v. Viahart LLC
   adv. Pro No. 25-07038

Dear Judge Barday:

I am the attorney for the plaintiff in the above-entitled matter.

A motion to dismiss was filed by defendant. Plaintiff's opposition papers were due on March 24, 2026. I was unable to file my opposition papers on that day because I suffered severe back pain which was disabling. After a long period of rest on March 24, 2026, the pain subsided and I was able to file my papers at approximately 3:00 A.M. today.

I  respectfully request that the Court deem the papers filed nunc pro tunc as of March 24, 2026. Defendant's attorney consents to my request.

Thank you for your consideration in this matter.

Respectfully Yours,

*Solomon Rosengarten*

Solomon Rosengarten