**GREENBERG TRAURIG, LLP**
Philip J. George, Esq.
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2285
Email: philip.george@gtlaw.com

*Counsel for Viahart LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CREATIVE KIDS ENTERPRISES LLC, | Chapter 11 |
| Plaintiff, | adv. Pro No. 25-07038-shl |
| -against- | |
| VIAHART LLC, | |
| Defendant | |

## NOTICE OF RE-SET VIRTUAL HEARING ON VIAHART LLC'S MOTION TO DISMISS ADVERSARY AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, on March 3, 2026, Defendant Viahart LLC ("Viahart"), by and through its undersigned counsel, filed a motion (the "Motion") for an order dismissing the Adversary Amended Complaint filed by Plaintiff Creative Kids Enterprises LLC, pursuant to Federal Rules of Civil Procedure 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, the hearing on the Motion will be re-set and heard before the Honorable Shireen A. Braday, Judge for the United States Bankruptcy Court, Southern District of New York, on April 28, 2026 at 11:00 a.m. (the "Hearing"), or as soon thereafter as counsel may be heard. In accordance with Chambers' Rules, the parties have

ACTIVE 722081416v1

consented to, and notified the Court of, their agreement to have this hearing conducted virtually via video conference.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: April 3, 2026

Respectfully Submitted,

By: */s/ Philip J. George*
Philip J. George, Esq.
GREENBERG TRAURIG, LLP
Philip J. George, Esq.
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2285
Email: philip.george@gtlaw.com

*Counsel for Viahart LLC*

2

ACTIVE 722081416v1