**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:

CREATIVE KIDS ENTERPRISES LLC,      Chapter 11

                Debtor.      Case No. 25-23105 (SAB)

----------------------------------------------------------X

CREATIVE KIDS ENTERPRISES LLC,

                Plaintiff,

-v-

VIAHART LLC,      Adv. No. 25-07038 (SAB)

                Defendant.

----------------------------------------------------------X

## <u>ORDER DISMISSING ADVERSARY PROCEEDING</u>

Upon consideration of the *Motion to Dismiss Adversary Amended Complaint* (ECF No. 15) (the "<u>Motion to Dismiss</u>"); upon the dismissal of the above-captioned main bankruptcy case, No. 25-23105 (the "<u>Main Case</u>"), by Order of this Court entered on April 28, 2026 (the "<u>Dismissal Order</u>"); a hearing having been held on April 28, 2026 (the "<u>Hearing</u>"), and upon the record of the Hearing; and after due deliberation, it is hereby:

**ORDERED** that the Motion to Dismiss is denied as moot in light of the dismissal of the Main Case.

Date: <u>April 28, 2026</u>
New York, New York

/s/ Shireen A. Barday
**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**